UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE STEPHEN N. LIMBAUGH, JR.
COURTROOM PROCEEDING 3 NORTH
COURTROOM MINUTE SHEET CRIMINAL

CASE NO.  4:17cr556-2 SNLJ

STYLE:  USA v. Marlon Caldwell

DATE:  6/27/2018

Court Reporter:   Alison Garagnani

Deputy Clerk:  Cheryl Ritter

Attorney for Government:     Dorothy McMurtry & Reggie Harris

Attorney for Defendant:    Neil Bruntrager & William Goldstein

(X)   Parties present for:

Lafler-Frye Hearing.   Trial will be set September 24, 2018.   Order to follow.

Proceeding Commenced and Ended:    1:30 pm – 1:46 pm