UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17CR00556 SNLJ |
| ) | |
| MARLON CALDWELL and ) | |
| MARK TAYLOR. ) | |
| ) | |
| Defendants. ) | |

## ORDER

On reconsideration, the Court will hold a hearing on defendant's motion to strike the indictment, #106, on **Friday, September 14, 2018 at 4:00 p.m.** in Courtroom 3N. The Court will entertain additional briefing and argument on the motion. The parties are directed to address the issue of sufficiency of the evidence, and in particular, the presence or absence of any police department rules or regulations on the release of non-redacted accident reports.

**SO ORDERED** this 10th day of September.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE