UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  S2-4:17-cr-00556-SNLJ NAB |
| | ) |
| MARLON CALDWELL and | ) |
| MARK TAYLOR, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S MOTION FOR FRYE HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney, Eastern District of Missouri, and Dorothy L. McMurtry and Reginald L. Harris, Assistant United States Attorneys for said district, and respectfully requests that the Court conduct a Frye hearing on Tuesday, November 27, 2018, following the pretrial hearing, scheduled for 1:30 p.m., on the defendants' "Motion to Strike Indictment or in the Alternative for a Bill of Particulars."

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Dorothy L. McMurtry*
DOROTHY L. McMURTRY #37727MO
Assistant United States Attorney

*/s/ Reginald L. Harris*
REGINALD L. HARRIS, #48939MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    */s/ Dorothy L. McMurtry*
DOROTHY L. McMURTRY, #37727MO
Assistant United States Attorney